## 35386. HERNDON v. DEYTON.

This case is affirmed without opinion under Rule 59. *Judgment affirmed. All the Justices concur.*

Submitted September 7, 1979 — Decided October 31, 1979.

*Clarence L. Leathers, Jr.,* for appellant.
*Robert E. Keller, District Attorney, Harold G. Benefield, Assistant District Attorney,* for appellee.